# IN THE UNITED STATES DISTRICT COURT

## GREENBELT DIVISION

Alex Williams Johnson, pro per
    Plaintiff

-v-

BENJAMIN JESSURUN,

CONSUMER INSURANCE

ASSOCIATION, et al.

    Defendants

CASE#  **ELH 19 CV 1917**

VERIFIED COMPLAINT

**TRIAL BY JURY DEMANDED**

**SPEEDY TRIAL BY JURY DEMANDED**

### COMPLAINT

Plaintiff, Alex Williams Johnson, individually, hereby sues Defendant, Benjamin

Jessurun, individually and CONSUMER INSURANCE ASSOCIATION., for violations of the

Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a)

(5), Maryland Telephone Consumer Protection Act (MTCPA) Title 14 Subtitle 32 Sect. 3201 .

### PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against

Defendant for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC

§ 227(b)(1), 47 USC § 227(a) (5), and Maryland Telephone Consumer Protection Act (MTCPA)

Title 14 Subtitle 32 Sect. 3201.

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Insurance rep and affiliated company have violated such laws by repeatedly harassing Plaintiff in attempts to market unsolicited services without prior express consent.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this State is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $5,000.00.

## PARTIES

7. Plaintiff, Alex Williams Johnson, is a natural person and is a resident of the State of Maryland.

8. Upon information and belief Defendant, Benjamin Jessurun ("Benjamin") is a foreign corporation agent, authorized to do business in Maryland.

9. Upon information and belief Defendant, CONSUMER INSURANCE ASSOCIATION ("CIA") is a foreign corporation, unauthorized to do business in Maryland

### *FACTUAL ALLEGATIONS*

10. From May 13 thru June 13, 2019, CIA violated the TCPA by calling 5 times using an automatic telephone dialing system or artificial or prerecorded voice to Plaintiffs cell phone.

11. On May 28, 2019, Benjamin violated the TCPA by using an automatic telephone dialing system to place a call to Plaintiff's cell phone to market a non-emergency unsolicited service with no prior permission given by Plaintiff.

12. On May 13, May 24, June 3, June 11 and June 13, 2010 the Defendant CIA violated the TCPA by calling to market a non- emergency unsolicited service without express permission.

### COUNT I
### VIOLATIONS OF THE TELEPHONE
### COMMUNICATIONS ACT47 U.S.C. §227

13.   Plaintiff alleges and incorporates the information in paragraphs 1 through 1.

14.   Defendants CIA and Benjamin have demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system, to call the Plaintiff's number, which is assigned to a cellular telephone service.

15.   Defendant CIA has committed 5 separate violations of 47 U.S.C. §227(b)(1)(A) Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

16.   Defendant CIA has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) The last 4 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional.  Plaintiff spoke with Abby and instructed her to not call again on the first call. After sending and receiving the notice of a potential lawsuit, Plaintiff spoke with Karen and she assured Plaintiff that the calls would stop.  Since then CIA refuses and

continues to violate 47 U.S.C. An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

17. Defendants CIA and Benjamin have demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given CIA or Benjamin permission to call Plaintiffs cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff , CIA and Benjamin do not have an established business relationship within the meaning of 47 U.S.C. §227.

18. Defendant CIA has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by continuing to call Plaintiff 4 times after receiving the notice of potential lawsuit and after hearing the demand to stop calling with total disregard and in violation of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against CIA, and Benjamin for actual or statutory damages, punitive damages, and costs.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this ⟨17⟩ of June 2019

johnson, alex williams

Alex Williams Johnson
c/o 100 Garden Gate Lane,
Upper Marlboro, Maryland [20074]
240-320-4965
Alex237373@gmail.com

## CERTIFICATE OF SERVICE

I, certify that on June 17, 2019, the foregoing verified complaint was sent via certified mail to Defendants;

(2 Copies)
Benjamin Jessurun
3105 Emmorton Rd
Abingdon MD 21009

Consumer Insurance Association
c/o 3105 Emmorton Rd
Abingdon, MD 21009

AFFIDAVIT OF NOTARY PRESENTMENT

CERTIFICATE OF MAILING

State of Maryland                    }
                                     } ss.
County of Baltimore                  }

On this ___17___ day of ___June___ 2019 for the purpose of verification, I, the undersigned Notary Public, being in the County and State noted above, do certify that Johnson, Alex Williams appeared before me with the below listed documents.

As the disinterested third party, I, the undersigned Notary Public, personally verified that the following documents were placed in an envelope, sealed by me and mailed by United States Postal Service Certified Mail number                    .

1.   VERIFIED COMPLAINT (5 Pages)
2.   AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT (1 Page)
3.   AFFIDAVIT OF NOTARY PRESENTMENT, CERTIFICATE OF MAILING (1 Page)

Number of Documents
_____
        7

_johnson, alex williams_____
Signature of Affiant. All Right Reserved. [UCC/Maryland Commercial Law Code 1-308 & 1-301 & 1-103]

WITNESS my hand and official seal

_Judith Anne Schultz_____        ___June 17, 2019___ (Seal).
          NOTARY PUBLIC                              DATE

My commission expires. ___July 10___, 20_19_

JUDITH ANNE SCHULTZ
Notary Public
Baltimore City
Maryland
My Commission Expires July 10, 2019