IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEX WILLIAMS JOHNSON, | |
| Plaintiff, | |
| v. | Civil Action No.: ELH-19-1917 |
| BENJAMIN JESSURUN, CONSUMER INSURANCE ASSOC., | |
| Defendants. | |

**ORDER**

On July 5, 2019, this Court issued an Order requiring Plaintiff to complete and return United States Marshal forms so the complaint could be served. ECF 3. Plaintiff was granted 21 days to complete and return the forms. Plaintiff has failed to comply with the Order.

Accordingly, it is this 21st day of August, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.

Ellen L. Hollander
United States District Judge